JOHN P. COCHRAN *vs.* JOSEPH B. DEAKYNE, *et. ux.*

New Castle County, May Term, 1897.

**Sheriff's Sale.   Judgment.**—A judgment creditor has such standing in Court, as to give him a right to object to the confirmation of the sale of land against which his judgment was a lien.

This was an application by a judgment creditor, of the defendant, for a rule to show cause why a sheriff's sale should not be set aside.

*Burris,* for the respondents, objected that the petitioner was no party to the proceedings and had no right to object to the confirmation of the sale.

*Rodney,* for the petitioner, in reply, contended that his interest as a judgment creditor gave him the right.

LORE, C. J.   Chief Justice Comegy decided that a judgment creditor had such a standing in court as to give him a right to object to the confirmation of the sale of land, against which his judgment was a lien.

*Rule made absolute.*